5-14-18

Dear, Hon. Alison J. Nathan, (second in Command)

I sitting here in my Jail that you confined me to wondering why I'm still here I notice you didn't really read my first to letter I was read my sentence min, and notice you said nothing about my depression, or my Bi-polier health you didn't even talk about my 55 months I asked for you acted like you cared but you didn't or stated. Your just like everybody else I thought you was different I been through this before everybody acts like the care I have a hole 3 years left for being in Jail already how is that this case started in 2007 when I was 11 a child then when I was close to a higher age I was in Jail as of rite now I have 81 months out of my life yall not me NOT ME! said this case started in 2007 I pleaed to being part of this gang when I was 11 so that means everything I did was apart of the "Gang" meaning all my time I should be apart of this case I didn't make this up yall did I didn't waste no one time I took my time so please give me my time I deserve it from 2011 5 months "5 MONTHS" what you want me to beg I will I cant do this anymore I'm moving out of N.y I never wanna sez this place again I'm on my own do whats rite my motion will be following this I think you are happy that this Jail is kill me mentaly you want me to go crazy that will make you happy well say it then dont hide it

Quayseun Cannonier
77405054
USP Canaan
P.O Box 300
Waymart, PA, 18472



Hon. Alison J. Nathan
500 Pearl Street
Ny, Ny, 10007



10007-131699