USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Quaysean Cannonier,

Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The presentment, arraignment, and initial conference on alleged violations of supervised release in the above-captioned matter is hereby RE-SCHEDULED to occur by teleconference on January 6, 2021 at 10:30 A.M.  At 10:30 A.M. on January 6, 2021, the parties shall dial 888-363-4749 and enter access code 919-6964#.  Members of the public may also access the proceeding at that number, although they will not be allowed to speak during the conference.  Defense counsel will be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the sentencing proceeding begins (i.e., at 10:15 a.m.).

As noted in Dkt. No. 3131, the parties shall file a joint letter indicating how they intend to proceed at the conference by no later than January 4, 2021.  In addition, defense counsel shall confer with the Defendant regarding waiving his physical presence and provide him with the waiver form attached to Dkt. No. 3131.  If the Defendant consents and is able to sign the form (either personally or, in accordance with Standing Order 20-MC-174 of March 27, 2020, by defense counsel), defense counsel shall file the executed form **at least 24 hours prior to the proceeding**. In the event the Defendant consents, but counsel is unable to obtain or affix the Defendant's signature on the form, the Court will conduct an inquiry at the outset of the

proceeding to determine whether it is appropriate for the Court to add the Defendant's signature to the form.

SO ORDERED.

Dated: January 4, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge