# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

*Reply To:*
42-40 Bell Blvd, Suite 302
Bayside, New York 11361
Tel (516) 829-2299
jp@jpittell.com

Long Island Office
10 Bond St, Suite 389
Great Neck, New York 11021
Tel (516) 829-2299
jp@jpittell.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/21
```

January 5, 2021

Hon. Alison J. Nathan
U.S. District Court - SDNY
U.S. Courthouse
40 Foley Sq.
New York, NY 10007

Re:   *U.S. v. Cannonier* 15 cr 95 (AJN) [Violation of Supervised Release ("VOSR")]

Dear Judge Nathan:

By this letter, I respectfully request I be appointed to represent Mr. Cannonier, pursuant to the CJA Act, in the above referenced VOSR.

Previously, Mr. Cannonier was represented by Camile Abate, Esq. in the above referenced criminal proceeding. Due to a conflict, Ms. Abate cannot appear as counsel for Mr. Cannonier on the VOSR. I am counsel for Mr. Cannonier in *U.S. v. Cannonier* 20 cr 674 (SDNY - NRB) (the "new case") which is pending before Judge Buchwald. I was appointed to represent Mr. Cannonier in the new case pursuant to the CJA Act. The charges in the new case form the basis for the VOSR. In light of the foregoing circumstances, I respectfully request I be appointed as counsel, pursuant to the CJA Act, for Mr. Cannonier in the VOSR. I have conferred with Ms. Abate and she concurs with this request.

Previously, I sent a copy of the VOSR to Mr. Cannonier. As such, I anticipate being able go forward with tomorrow's scheduled proceeding.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:   All parties of record (by ECF)

1/5/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

The Court hereby orders that pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the discretion of the Court, Jeffrey Pittell is appointed as counsel of record for the Defendant. Camille Abate is hereby relieved as CJA counsel for Mr. Cannonier. Mr. Pittell shall promptly file a notice of appearance.
SO ORDERED.