USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

—v—

Marlon Roberts,

            Defendant.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On January 25, 2021, the Court received the attached letter by mail from Marlon Roberts. In the letter, Mr. Roberts asked for an update on the status of his pending 18 U.S.C. § 2255 motion. On December 7, 2020, defense counsel wrote to the Court asking that the Court wait until the Supreme Court resolve the *certiorari* petition in *United States v. Dussard*, 967 F.3d 149 (2d Cir. 2020) before resolving Mr. Roberts's § 2255 motion. Dkt. No. 3114.

    The parties are hereby ORDERED to provide an update to the Court within two weeks of the Supreme Court's resolution of the *certiorari* petition in *United States v. Dussard*.

    Defense counsel is further ORDERED to confirm, within one month of this Order, that they have provided a copy of this Order to the Defendant.

    SO ORDERED.

Dated: January 26, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

January 5, 2021

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Marlon Roberts, S2 15 Cr. 95

I respectfully submit this letter pursuant to my pending motion under 28 U.S.C. §2255. Today I am writing you asking for some clarification about my motion to vacate conviction.

Respectfully submitted
Marlon Roberts

RECEIVED
JAN 25 2021
ALISON J. NATHAN
U.S. DISTRICT JUDGE
S.D.N.Y.